UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 2:19-cr-00689-RBS |
| v. ) | |
| ) | Violation: 15 U.S.C. § 1 |
| KAVOD PHARMACEUTICALS LLC (F/K/A ) | (conspiracy in restraint of trade) (1 count) |
| RISING PHARMACEUTICALS, LLC, F/K/A ) | |
| RISING PHARMACEUTICALS, INC.), ) | Filed: December 13, 2019 |
| ) | |
| Defendant. ) | |

## ORDER TOLLING SPEEDY TRIAL ACT

The joint motion of the United States and defendant Kavod Pharmaceuticals LLC (f/k/a Rising Pharmaceuticals, LLC, f/k/a Rising Pharmaceuticals, Inc.) ("Rising") for a continuance pursuant to 18 U.S.C. Section 3161(h)(2) is hereby granted. Pursuant to Title 18, United States Code, Section 3161(h)(2), and in light of the Deferred Prosecution Agreement ("DPA") between defendant Rising and the United States, as represented by the Antitrust Division of the United States Department of Justice and the United States Attorney's Office for the Eastern District of Pennsylvania, the prosecution and trial of the Information in this matter is hereby deferred until whichever of the following events occurs first:

1. The United States makes a final determination that Rising has made a breach of the DPA, as defined in the DPA, and the United States elects, consistent with the DPA, to prosecute Rising on the Information, in which event the United States will request that this case be returned to the Court's calendar; or

2. In the sole discretion of the United States, the United States concludes that Rising

is in full compliance with all of its obligations under the DPA, and the United States, within 30 days after the expiration of the Deferral Period (*i.e.*, three years from the filing date of the Information, or the date on which the United States Bankruptcy Court for the District of New Jersey enters an order closing all remaining Chapter 11 cases relating to Rising's ongoing bankruptcy proceeding, whichever comes first), files a motion with the Court seeking dismissal with prejudice of the Information against Rising.

The period of time outlined above shall be excluded in computing the time within which an indictment must be filed or the time within which the trial of any such offense must commence, pursuant to 18 U.S.C. § 3161(h)(2).

It is so ordered, this 19th day of December, 2019 at Philadelphia, Pennsylvania

HON. R. BARCLAY SURRICK
SENIOR UNITED STATES DISTRICT JUDGE